

NUMBER 13-19-00094-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**FFBC OPERATIONS, LLC,**                                      **Appellant,**

**v.**

**L&F DISTRIBUTORS, LLC AND
FAVORITE BRANDS, LLC,**                                      **Appellees.**

**On appeal from the 93rd District Court
of Hidalgo County, Texas.**

# ORDER

**Before Justices Benavides, Hinojosa, and Perkes
Order Per Curiam**

On July 17, 2019, appellees, L&F Distributors, LLC. and Favorite Brands, LLC, filed a notice of bankruptcy by appellant FFBC Operations, LLC. According to the notice, appellant filed a bankruptcy petition on July 1, 2019, in the United States Bankruptcy Court for the Western District of Texas, Austin Division.

Upon the filing of a bankruptcy petition, an automatic stay becomes effective which prohibits the commencement or continuation of any judicial action or proceeding against the debtor and any property within the debtor's bankruptcy estate. *See* 11 U.S.C.A. § 362(a). Pursuant to Rule 8.2 of the Texas Rules of Appellate Procedure, the appeal is suspended. *See* TEX. R. APP. P. 8.2.

Accordingly, this appeal is ABATED until further order of this Court. Any documents filed subsequent to the bankruptcy petition will remain pending until the appeal is reinstated. The parties are directed to take such action as is appropriate to advise the Court of any change in the status of the bankruptcy proceeding which would affect the status of this appeal, including but not limited to, the filing of a motion to reinstate pursuant to Texas Rule of Appellate Procedure 8.3. *See id.* 8.3.

PER CURIAM

Delivered and filed the
26th day of July, 2019.